**United States Bankruptcy Court**
**Southern District of Mississippi**

IN RE:                                                                                       Case No.

Jones, Alina Rene                                                                            Chapter 7
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Pursuant to 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For document preparation services, I have agreed to accept .......................................... $ 149

    Prior to the filing of this statement I have received .......................................... $ 0

    Balance Due .......................................... $ 149

2. I have prepared or caused to be prepared the following documents (itemize):
    Statement of Social Security Number(s)
    Voluntary Petition
    Exhibit "D" to Voluntary Petition [Debtor]
    Summary of Schedules
    Schedule A - Real Property
    Schedule B - Personal Property
    Schedule C - Property Claimed as Exempt
    Schedule D - Creditors Holding Secured Claims
    Schedule E - Creditors Holding Unsecured Priority Claims
    Schedule F - Creditors Holding Unsecured NonPriority Claims
    Schedule G - Executory Contracts and Unexpired Leases
    Schedule H - Codebtors
    Schedule I - Current Income of Individual Debtor(s)
    Schedule J - Current Expenditures of Individual Debtor(s)
    Declaration Concerning Debtor's Schedules
    Statement of Financial Affairs
    Chapter 7 Individual Debtor's Statement of Intention
    Notice to Debtor by Non-Attorney Bankruptcy Petition Preparer
    Verification of Creditor Matrix
    Creditor Matrix
    Disclosure of Compensation of Bankruptcy Petition Preparer
    Notice to Consumer Debtors Under §342(b) of the Bankruptcy Code
    Certification of Notice to Consumer Debtors Under §342(b) of the Bankruptcy Code
    Application and Order to Pay Filing Fee in Installments
    Chapter 7 Statement of Current Monthly Income and Means Test Calculation

    and provided the following services:

3. The source of the compensation paid to me was: ☒ Debtor

4. The source of compensation to be paid to me is: ☒ Debtor

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:
    NAME:_____    SSN:_____

X /s/ Laurie L. Crilly
            Signature

**Laurie Crilly**
Printed name and title, if any, of Bankruptcy Petition Preparer

Address: **PO Box 1401**

**American Fork, UT  84003**

SOCIAL SECURITY NUMBER

**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**
Social Security number of bankruptcy petition preparer. (If bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Date

---

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.*
*11 U.S.C. § 110; 18 U.S.C. § 156.*