United States Bankruptcy Court
Southern District of Mississippi

In re:   Alina Rene Jones                                                                 Case No. 10−50842−NPO

                                                                                          Chapter 7

Parties Noticed:

Alina Rene Jones, Pro Se Debtor

Laurie Crilly, Petition Preparer

Kimberly R. Lentz, Trustee

R. Michael Bolen, U.S. Trustee

## NOTICE OF HEARING

   Notice is hereby given that there will be a hearing on United States Trustee's Motion To Examine Reasonablesness Of Fee Or For Other Relief filed by R. Michael Bolen (Dkt. #25) in regard to the above−referenced case on August 5, 2010 at 10:30 AM , or as soon thereafter as counsel may be heard, in the U. S. Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

   You are further notified that you are required to serve an Answer or Response to this Motion upon the attorney for the plaintiff and to file the Answer or Response with this Court on or before July 19, 2010. In the event such written answer or other responsive pleading is not so filed on or before this date, the court may enter an order ex parte without the hearing on August 5, 2010. However, the hearing will remain on the court docket until an order has been submitted by one of the parties.

   Dated: 7/7/10                                                      Neil P. Olack
                                                                       United States Bankruptcy Judge


Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1790
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501